IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE DON WHITE,** | CIV S-06-2441 DFL CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, et al.,** | |
| Respondents. | |

   Respondents have requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including February 5, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

January 9, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE