IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE DON WHITE,** | CIV S-06-2441 DFL CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, et al.,** | |
| Respondents. | |

Respondents have requested a second thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including March 7, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

February 12, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE