IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE DON WHITE,** | CIV S-06-2441 DFL CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss.

GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including May 5, 2007, in which to file a reply to the opposition to motion to dismiss filed by Petitioner.

DATED: April 12, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE