IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE DON WHITE,<br><br>               Petitioner,<br><br>    vs.<br><br>M. C. KRAMER, *et al.*,<br><br>               Respondents. | No. 2:06-cv-02441-JKS-CMK<br><br>ORDER |

       Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 17, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. No objections to the Findings and Recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

       Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed August 17, 2007, are adopted in full;
2. Petitioner's request to reinstate his prior federal habeas petition at Docket No. 22 is DENIED, without prejudice to re-filing in Case No. 2:00-cv-00885-FCD-PAN-P;
3. Respondents' motion to dismiss at Docket No. 13 is GRANTED;
4. Petitioner's application for a writ of habeas corpus is DISMISSED; and
5. The Clerk of the Court to enter final judgment accordingly.

       Dated: January 11, 2008

                                                         s/ James K. Singleton, Jr.
                                                         JAMES K. SINGLETON, JR.
                                                          United States District Judge